IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BONEIDOL MUSIC, CHRYSALIS MUSIC GROUP, d/b/a CHRYSALIS MUSIC, WB MUSIC CORP., CREEPING DEATH MUSIC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEX PAC, INC. and PETER A. CARREA,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-287-JJF<br>:<br>:<br>:<br>:<br>: |

### O R D E R

WHEREAS, the parties informed the Court by letter dated July 8, 2004 (D.I. 7), that the terms of a settlement were being finalized, but to date, a stipulation of dismissal has not been filed with the Court;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of July 2005 that the above-captioned action is **CLOSED** with leave to reopen if further attention by the Court is required.

                                                                                      _/s/ Joseph J. Farnan_
                                                          UNITED STATES DISTRICT JUDGE