IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BONEIDOL MUSIC, CHRYSALIS MUSIC ) 
GROUP D/B/A CHRYSALIS MUSIC, WB )
MUSIC CORP., and CREEPING DEATH )
MUSIC, )
  )
      Plaintiffs, )  C.A. No. 04-287-JJF
  )
v. )
  )
LEX-PAC, INC. and PETER A. CARREA, )
  )
      Defendants. )

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the respective parties that all claims in the above-captioned action are hereby dismissed with prejudice as to Defendants. Each party to bear its own fees and costs.

| | |
|---|---|
| /s/ [signature] | /s/Adam Balick |
| Robert W. Whetzel (# 2288) | Adam Balick (#2718) |
| Alyssa M. Schwartz (#4351) | Law Offices of Balick & Balick |
| Richards, Layton & Finger | 711 King Street |
| One Rodney Square | Wilmington, Delaware 19801 |
| P.O. Box 551 | (302) 658-4265 |
| Wilmington, Delaware 19899 | *Attorneys for Defendants* |
| (302) 651-7700 | |
| *Attorney for Plaintiffs* | |
| Dated: August 9, 2005 | Dated: August 9, 2005 |

SO ORDERED this _____ day of _____ 2005.

_____
Judge

RLF1-2753513-1